UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JULIE M. SUTLIFF, | ) |
| Plaintiff, | ) |
| and | ) |
| LIBERTY MUTUAL GROUP, | ) |
| Intervening Plaintiff, | ) |
| v. | ) 4:08-cv-184-SEB-WGH |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## ORDER ON MOTION TO COMPEL

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Motion to Compel filed by plaintiff on July 29, 2009. (Docket No. 29).[1]  Defendant filed its Response to the motion on August 7, 2009. (Docket No. 32).  No reply brief has been filed.

The Magistrate Judge conducted a hearing on the motion on August 12, 2009, and issues the following orders:

1. Interrogatory No. 5:  The Motion to Compel is **GRANTED,** and defendant shall provide the names, addresses, telephone numbers, dates of birth, social security numbers, and positions of all persons who worked during the second shift on December 14, 2006, and who had duties which might involve loading or

---

[1]This Order also resolves Docket No. 28, which is a duplicate motion to Docket No. 29.

unloading of the dock area at issue.  Plaintiff may file an amended request for production of documents with respect to time cards or records for that shift.  Subject to a reasonable protective order, the court will require the production of those items.

    2.  Interrogatory No. 7 and Request for Production No. 1:  The Motion to Compel is **GRANTED as hereby amended:**  The defendant shall provide written policies and procedures relating to loading and unloading goods at the dock in question in effect in December 2006.

    3.  Request for Production No. 2:  The Motion to Compel is **GRANTED,** although the requested information is believed to be encompassed by Request for Production No. 1.

    4.  Request for Production Nos. 3, 7, and 8:  The Motion to Compel is **DENIED** based upon defendant's supplementation as represented at the August 12, 2009 conference.

    5.  Request for Production No. 10:  Defendant's objections are overruled.  However, based upon defendant's supplementation that no responsive documents exist, no further production is required.

    No further orders are entered with respect to this Motion to Compel.  The items required to be produced pursuant to this Order shall be produced within fourteen (14) days of the date of receipt of this Order.

    **SO ORDERED.**

**Dated:**  August 26, 2009

                                                  William G. Hussmann, Jr.
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

**Electronic copies to:**

April L. Board
APRIL L. BOARD, P.C.
aprilboardesq@aol.com

Rebecca L. Didat
WOODWARD HOBSON & FULTON
rdidat@whf-law.com

Carolyn Small Grant
GRANT AND GRANT
csg@grantandgrant.net